ALICE BROWN, as Administratrix of the Estate of WILLIAM BROWN, Deceased, Respondent, *v.* PITTSBURG BUILDING COMPANY, Appellant, Impleaded with Another.

*Brown* v. *Pittsburg Building Co.,* 165 App. Div. 931, affirmed.
(Submitted June 6, 1916; decided July 11, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department,

entered December 2, 1914, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of the defendant, his employer. The complaint alleged that the defendant erected and placed a certain scaffold in and about certain premises in course of construction — of timber, beams and horses improperly laid and not secured at proper, necessary and vital parts, and continued: "Disregarding their duty in their behalf the defendants negligently and carelessly erected and placed, or caused to be erected and placed, said improper, unsubstantial and unsafe scaffolding in an improper, faulty, negligent, careless, defective and dangerous manner and not in accordance with the laws of the State of New York and wholly unfit for the use to which it was to be put." It is then alleged that while the decedent was working on said scaffold, it "tipped, slipped and slid so that it became disconnected from its support and fell and thereby caused plaintiff's intestate to fall with it."

*Alfred E. Holmes* and *Clayton J. Heermance* for appellant.

*Rowland Miles* and *James N. Gehrig* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CHASE, COLLIN, HOGAN, CARDOZO and SEABURY, JJ. Dissenting: WILLARD BARTLETT, Ch. J., and CUDDEBACK, J.